ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA　　　　　　　:

　　　　　- v. -　　　　　　　　　　　:　　**UNSEALING ORDER**

LOURDES BASTARDO,　　　　　　　　　　:　　08 Cr. 623
YDANIA SOSA, and
LEDYS LIZ,　　　　　　　　　　　　　　:

　　　　　　Defendants.　　　　　　　　:

- - - - - - - - - - - - - - - - - - x

　　　　WHEREAS, the above-captioned indictment was returned on July 10, 2008 and, upon application of the Government, ordered to be filed under seal; and

　　　　WHEREAS the Government has requested that the above-captioned indictment be unsealed;

　　　　IT IS HEREBY ORDERED, that, the indictment docketed as 08 Cr. 623 be unsealed.

Dated: New York, New York
　　　　August 13, 2008

SO ORDERED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE HENRY PITMAN
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE
　　　　　　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF NEW YORK

ELECTRONICALLY FILED
AUG 13 2008