AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**SOUTHERN DISTRICT OF NEW YORK**

## APPEARANCE

Case Number: 08 Cr 623

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

United States

v.

Ledys Liz

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/19/2008 | *Jorge Guttlein* (signature) |
| Date | Signature |
| | Jorge Guttlein — 9384 |
| | Print Name — Bar Number |
| | 291 Broadway, Suite 1500 |
| | Address |
| | New York, New York — 10007 |
| | City — State — Zip Code |
| | (212) 608-3188 — (212) 385-0231 |
| | Phone Number — Fax Number |